## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **PLANET HOLLYWOOD NEW YORK LTD.** I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Christine R. Amerosa
Full Legal Name (Print)

*[signature]*
Signature

1·24·08
Date