## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **PLANET HOLLYWOOD NEW YORK LTD.** I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Stephanie Marini_
Full Legal Name (Print)

_Stephanie Marini_
Signature

_1/24/08_
Date