USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ADRIENNE BRICKER and ANTHONY
BACLAAN on behalf of themselves and
others similarly situated,

INDEX NO: 08 cv 443 (WHP)

Plaintiffs,

v.

PLANET HOLLYWOOD NEW YORK, L.P.,
and ALL STAR CAFÉ (NEW YORK) INC.

Defendants.
------------------------------------------------------------x

### STIPULATION FOR AN ORDER TO AMEND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, that Defendants shall have until April 21, 2008 to respond to Plaintiffs' Amended Complaint to answer or otherwise respond thereto.

Dated: New York, New York
       March 7, 2007

| JOSEPH & HERZFELD LLP | FORD & HARRISON, LLP |
|---|---|
| By: D. Maimon Kirschenbaum (DK-2338) | By: Philip K. Davidoff |
| Charles E. Joseph (CJ-9442)<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640 | 100 Park Avenue, Suite 2500<br>New York, New York 10017<br>212-453-5915 |
| *Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the proposed Class* | *Attorneys for Defendants* |

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
3/17/08