UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIENNE BRICKER and ANTHONY BACLAAN on behalf of themselves and others similarly situated,  Plaintiff, <br><br> -v- <br><br> PLANET HOLLYWOOD NEW YORK, L.P., and ALL STAR CAFE (NEW YORK) INC., <br> Defendant. | Case No. 08-0443 (WHP)(RLE) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Defendants_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: April 18, 2008

Signature of Attorney

Attorney Bar Code: PO-7488

Form Rule7_1.pdf  SDNY Web 10/2007