UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ADRIENNE BRICKER and ANTHONY
BACLAAN on behalf of themselves and
others similarly situated,

INDEX NO: 08 cv 443 (WHP)

           Plaintiffs,

   v.

PLANET HOLLYWOOD NEW YORK,
L.P., and ALL STAR CAFÉ (NEW YORK)
INC.

           Defendants.
-------------------------------------------------------x

## JOINT PROPOSED SCHEDULING PLAN

COME NOW the parties to the above-captioned action, and pursuant to and in accordance with FRCP § 26(f), the Parties submit this report of their April 28, 2008 meeting:

1. Parties will make initial disclosures pursuant to FRCP § 26(a)(1) by May 23, 2008.

2. The discovery deadline shall be September 30, 2008.

3. Data stored exclusively electronically shall be produced in the form in which it is stored. Defendants have been advised to implement adequate data preservation protocols for electronically stored data.

4. When either party is notified that privileged material has been sent inadvertently during discovery, the privileged material shall be returned immediately and the receiving party shall not retain copies of the privileged material.

Respectfully submitted,

| JOSEPH & HERZFELD LLP | FORD & HARRISON, LLP |
|---|---|
| By: *[signature]* | *[signature]* |
| D. Maimon Kirschenbaum (DK-2338) | By:   Philip K. Davidoff |
| Charles E. Joseph (CJ-9442) | 100 Park Avenue, Suite 2500 |
| 757 Third Avenue, 25th Fl | New York, New York 10017 |
| New York, NY 10017 | 212-453-5915 |
| Tel: (212) 688-5640 | |
| Fax: (212) 688-2548 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |