UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                       :

ADRIENNE BRICKER and ANTHONY
BACLAAN                                   :

                Plaintiffs,        :      08 Civ. 443 (WHP)

             -against-           :      <u>SCHEDULING ORDER NO. 1</u>

PLANET HOLLYWOOD NEW YORK,  :
L.P.
                                     :
                Defendant.
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties have appeared for a conference on May 9, 2008, the following schedule is established on consent:

1. All discovery shall be complete by September 30, 2008

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by October 31, 2008; and

3. This Court will hold a final pre-trial conference on November 13, 2008 at 10:00 a.m.

Dated: May 16, 2008
       New York, New York

                                              SO ORDERED:

                                             WILLIAM H. PAULEY III
                                                   U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/19/08]

*Counsel of Record*

Daniel Maimon Kirschenbaum, Esq.
Joseph and Herzfeld
757 3rd Avenue
NY, NY 10017
*Counsel for Plaintiffs*

Philip K Davidoff, Esq.
Ford & Harrison LLP
100 Park Avenue, Suite 2500
New York, NY 10017
*Counsel for Defendants*