USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ADRIENNE BRICKER and ANTHONY BACLAAN on behalf of themselves and others similarly situated,

INDEX NO: 08 cv 443 (WHP)

Plaintiffs,

v.

PLANET HOLLYWOOD NEW YORK, L.P., and ALL STAR CAFÉ (NEW YORK) INC.

**Defendants.**
-----------------------------------------------------------x

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, that:

(A)  This matter shall proceed and be conditionally certified as a collective action under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.* ("FLSA") and 29 U.S.C. § 216(b);

(B)  Notice of pendency of this Lawsuit and opt-in forms shall be sent to all tipped employees employed by Defendants after the date that is three years before the filing of the Complaint ("FLSA Collective Members");

(C)  Defendants shall provide Plaintiffs' counsel with names, addresses, and dates of employment of all FLSA Collective Members before July 8, 2008;

(D)  Notice shall not be sent to the FLSA Collective Members until August 8, 2008. The Parties shall spend the interim period attempting to resolve this matter;

(E) The FLSA Collective Member's statute of limitations under the FLSA is tolled from the date of this agreement until the notice is sent; and

(F) The parties will negotiate among themselves the form of notice sent to the Covered Employees; all parties reserve the right to seek the Court's assistance to facilitate this process to the extent that becomes necessary.

Dated: New York, New York
May 9, 2008

Respectfully submitted,

| JOSEPH & HERZFELD LLP | FORD & HARRISON, LLP |
|---|---|
| By: *[signature]* D. Maimon Kirschenbaum (DK-2338) | By: *[signature]* Philip K. Davidoff |
| Charles E. Joseph (CJ-9442)<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640 | 100 Park Avenue, Suite 2500<br>New York, New York 10017<br>212-453-5915 |
| *Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the proposed Class* | *Attorneys for Defendants* |

So Ordered: _____
Honorable William H. Pauley

NY1 26452593.1