

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ADRIENNE BRICKER and ANTHONY
BACLAAN on behalf of themselves and
others similarly situated,

INDEX NO: 08 cv 443 (WHP)

          Plaintiffs,

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

          v.

PLANET HOLLYWOOD NEW YORK, L.P.,
and ALL STAR CAFÉ (NEW YORK) INC.

          Defendant.
-----------------------------------------------------------x



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Richard J. Burch |
| Firm Name: | Bruckner Burch PLLC |
| Address: | 1415 Louisiana Street, Suite 2125 |
| City/State/Zip: | Houston, TX 77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |
| Email: | rburch@brucknerburch.com |

Richard J. Burch is a member in good standing of the Bar of the State of Texas.
There are no pending disciplinary proceedings against Richard J. Burch in any State or Federal court.

Dated:       June 27, 2008
City, State:  New York, New York

        Respectfully submitted,

        By: _____
        Maimon Kirschenbaum (DK 2338)
        Joseph & Herzfeld, LLP
        757 Third Avenue, 25th Floor
        New York, NY 10017
        (212) 688-5640 phone
        (212) 688-2548 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADRIENNE BRICKER and ANTHONY
BACLAAN on behalf of themselves and
others similarly situated,

INDEX NO: 08 cv 443 (WHP)

**Plaintiffs,**

**AFFIDAVIT OF MAIMON
KIRSCHENBAUM IN SUPPORT OF
MOTION TO ADMIT COUNSEL PRO
HAC VICE**

v.

PLANET HOLLYWOOD NEW YORK, L.P.,
and ALL STAR CAFÉ (NEW YORK) INC.

**Defendant.**
------------------------------------------------------------x

Maimon Kirschenbaum, being duly sworn, hereby deposes and says as follows:

1. I am a member of Joseph & Herzfeld, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Richard J. Burch as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Richard J. Burch for several weeks.

4. Richard J. Burch is a member of Bruckner Burch PLLC

5. I have found Mr. Richard J. Burch to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Richard J. Burch, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Richard J. Burch, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Richard J. Burch, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated:       June 27, 2008
City, State:   New York, New York


Respectfully submitted,

By: /s/
Maimon Kirschenbaum (DK 2338)
Joseph & Herzfeld, LLP
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640 phone
(212) 688-2548 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ADRIENNE BRICKER and ANTHONY
BACLAAN on behalf of themselves and
others similarly situated,

INDEX NO: 08 cv 443 (WHP)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

                **Plaintiffs,**

v.

PLANET HOLLYWOOD NEW YORK, L.P.,
and ALL STAR CAFÉ (NEW YORK) INC.

                **Defendant.**
-----------------------------------------------------------x

Upon the motion of Maimon Kirschenbaum attorney for Adrienne Bricker and Anthony Baclaan, and others similarly situated, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard J. Burch |
| Firm Name: | Bruckner Burch PLLC |
| Address: | 1415 Louisiana Street, Suite 2125 |
| City/State/Zip: | Houston, TX 77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |
| Email: | rburch@brucknerburch.com |

is admitted to practice pro hac vice as counsel for Adrienne Bricker and Anthony Baclaan, and others similarly situated in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   New York, New York

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

      This is to certify that on June 27, 2008, a copy of the foregoing was sent via certified mail, postage prepaid, to:

Philip K. Davidoff
FORD & HARRISON, LLP
100 Park Avenue, Suite 2500
New York, New York  10017
212-453-5915

*Attorneys for Defendants*

                                                  /s/
                                 D. Maimon Kirschenbaum (DK-2338)

                                 Joseph & Herzfeld LLP
                                 757 Third Avenue
                                 25th Floor
                                 New York, NY 10017
                                 (212) 688-5640
                                 (212) 688-2548 (fax)

                                 *Attorneys for Plaintiff, proposed*
                                 *collective action members and*
                                 *proposed class*

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY that **Richard J Burch**, Federal ID No. **21615** was duly admitted to practice in said Court on **November 25, 1997** and is in good standing as a member of the bar of said Court.

Dated July 8, 2008 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: Steve Murdock
Deputy Clerk

