```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ADRIENNE BRICKER and ANTHONY      :
BACLAAN, on behalf of themselves and others
similarly situated,                :
                        Plaintiffs,   :   08 Civ. 443 (WHP)

        -against-             :   ORDER GRANTING
                                     :   ADMISSION PRO HAC VICE
PLANET HOLLYWOOD NEW YORK, L.P.,
And ALL STAR CAFÉ (NEW YORK) INC.,  :

                      Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Having reviewed the Notice of Motion and the Affidavit of Maimon Kirschenbaum, Esq. in support of admitting Richard J. Burch, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Burch be admitted to this Court pro hac vice to represent Plaintiffs in the above-captioned actions.

       The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:   July 21, 2008
            New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                            U.S.D.J.