UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ADRIENNE BRICKER and ANTHONY
BACLAAN

                Plaintiffs,      :      08 Civ. 443 (WHP)

        -against-            :      SCHEDULING ORDER NO. 2

PLANET HOLLYWOOD NEW YORK,
L.P.

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for Plaintiffs having requested an extension in the schedule and Defendant having consented, the following schedule is established on consent:

1. Notice of the pendency of this lawsuit and opt-in forms shall be circulated by September 8, 2008;

2. All discovery shall be complete by November 28, 2008;

3. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by December 31, 2008; and

4. This Court will hold a final pre-trial conference on January 16, 2008 at 10:00 a.m.

Dated: August 15, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record*

Daniel Maimon Kirschenbaum, Esq.
Joseph and Herzfeld
757 3rd Avenue
NY, NY 10017
*Counsel for Plaintiffs*

Philip K Davidoff, Esq.
Ford & Harrison LLP
100 Park Avenue, Suite 2500
New York, NY 10017
*Counsel for Defendants*